

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2024

No. 04-24-00540-CV

**IN THE INTEREST OF J.A.V. JR.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023EM500676
Honorable Tina Torres, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

It is so **ORDERED** on October 9, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk